**Order entered July 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00435-CV**

**IN RE HOWARD HOLLAND, Relator**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31610-422**

**ORDER**

Before the Court is relator's June 11, 2021 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus on or before **July 23, 2021**.

The Court **DIRECTS** the Clerk to send copies of this order to the Honorable Shelton T.W. Gibbs IV, Presiding Judge, 422nd Judicial District Court; and to Erleigh Norville Wiley, Kaufman County District Attorney.

We **FURTHER DIRECT** the Clerk of the Court to mail a copy of this order, by first class mail, to Howard Holland; TDCJ No. 01914814; Michael Unit; 2664 FM2054; Tennessee Colony, Texas 75886.

/s/     DAVID J. SCHENCK
JUSTICE